**STATE OF NEW MEXICO**
**NINTH JUDICIAL DISTRICT COURT**
**COUNTY OF ROOSEVELT**

9th JUDICIAL DISTRICT COURT
Roosevelt County
11/4/2020 3:27 PM
VICKI J. WILKERSON
CLERK OF THE COURT
Christine Randall

STATE OF NEW MEXICO

v.

JAMES MCFARLIN
DOB: 01/07/1970 SSN: 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

No. **D-911-CR-2018-00091**

## JUDGMENT & SENTENCE

This matter came before the Honorable Donna Mowrer, District Court Judge on November 04, 2020. The State appeared and was represented by Brian Stover and the defendant appeared in person and was represented by counsel Quinn Kirby.

OFFENSES CHARGED/DISPOSITION/SENTENCE
**Count: 1** - Unlawful Taking of a Motor Vehicle (1st Offense), 30-16D-1(A)(1) & 31-18-15, a 4th Degree Felony
**Date of Offense:** January 15, 2018
**Date of Conviction:** November 04, 2020
**Serious Violent Offense:** NO
**Disposition:** No Contest; Conviction - Plea
It is adjudged that defendant is Guilty.

**Sentence:** The defendant is hereby sentenced to a period of 18 months with 6 months suspended and credit of 1 day for pre-sentence confinement for a total period of 11 months, 30 days to be served on House Arrest with electronic monitoring. Period of incarceration is followed by 6 months supervised probation with Adult Probation & Parole. Defendant is ordered to pay a fine of $5000.00; with $5000.00 suspended; for a total fine of $0.00 and fees of $228.00.

**Count: 2** - Aggravated Fleeing a Law Enforcement Officer, 30-22-1.1, a 4th Degree Felony
**Date of Offense:** January 15, 2018
**Date of Conviction:** November 04, 2020
**Serious Violent Offense:** NO
**Disposition:** No Contest; Conviction - Plea
It is adjudged that defendant is Guilty.

**Sentence:** The defendant is hereby sentenced to a period of 18 months with 18 months suspended in favor of 18 months supervised probation with Adult Probation & Parole. Probation is to run

Distribution         1 copy – Court    1 copy - Defendant 1 copy - Prosecution   1 copy - Sheriff
**Court Information**
Ninth Judicial District Court
Address: 109 W 1st
Portales, NM 88130     Phone (575) 742-7500 Fax (575) 359-2140 web site: www.nmcourts.gov
                       D-911-CR-2018-00091  James Mcfarlin                     ver:08/15/19



consecutive to count 1. Defendant is ordered to pay with $5000.00 suspended for a total fine of $0.00

**Count: 3** - Criminal Damage to the Property of a Household Member (Over $1,000), 30-3-18(A) & (B), a 4th Degree Felony
**Date of Offense:** January 15, 2018
**Disposition:** Dismissed by Prosecutor Per Plea Agreement

SENTENCE SPECIFICS
Defendant shall return to New Mexico as required by Adult Probation & Parole.

**Fine/Fees:**
Total Fine:            $10000.00
Total Fees:            $228.00
**Itemized Fees:**
 $100.00 DNA Identification Fee
 $5.00 Domestic Violence Treatment Fee
 $75.00 Crime Victims Reparation Fee
 $20.00 Corrections Fee
 $10.00 Court Automation Fee
 $3.00 Judicial Education Fee
 $5.00 Jury and Witness Fees
 $10.00 Court Facilities Fee

Total Suspended:    $10000.00
Total Due:          $228.00

**Sentencing/Probation Conditions:**
- Shall obey all standard conditions that are in effect in this Judicial District
- Shall pay probation costs as determined by probation
- The Defendant shall not associate with anyone who is on probation or parole nor with anyone who the probation office determines is a negative influence.
- The defendant shall make restitution.
- Shall pay fines and fees.

All outstanding warrants issued in this case shall be and are hereby quashed. All active bonds posted in this case shall be exonerated/released to the original payor unless otherwise ordered.

Defendant is immediately remanded to House Arrest.

SO ORDERED.

*Donna J Mowrer*
Donna Mowrer, Judge

Distribution        1 copy – Court     1 copy - Defendant  1 copy - Prosecution    1 copy - Sheriff
**Court Information**
Ninth Judicial District Court
Address: 109 W 1st
Portales, NM 88130         Phone (575) 742-7500 Fax (575) 359-2140 web site: www.nmcourts.gov
                           D-911-CR-2018-00091  James Mcfarlin                          ver 08/15/19

**APPROVED BY:**

Electronically approved
Brian Stover, Counsel for Plaintiff

Electronically approved
Quinn Kirby, Counsel for Defendant

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing was served on __11/4/2020__ to :

James Mcfarlin
Brian Stover
Quinn Kirby

/s/ Christine Randall ,Clerk

Distribution            1 copy – Court       1 copy - Defendant  1 copy - Prosecution      1 copy - Sheriff
**Court Information**
Ninth Judicial District Court
Address: 109 W 1st
Portales, NM 88130       Phone (575) 742-7500 Fax (575) 359-2140 web site: www.nmcourts.gov
                         D-911-CR-2018-00091 James Mcfarlin                            ver 08/15/19