

Portales Police Department

# CAD Call Logs

Time Period 01/15/2018 - 01/15/2018

**CAD #C18-000962**

| Time Received | Situation | | Location |
|---|---|---|---|
| 01/15/2018 11:54:06 | 2417 (Shots Fired) | | 1589 Cottonwood Pl |

| Dispatcher | How Received | Contact | Primary Officer Disposition |
|---|---|---|---|
| Duff, Megan S | E911 | Travis Mitchell 918-896-9235 | |

**Responding Personnel**

| Unit/Role | Dispatched | En Route | On Scene | Transport | Trans/Arrv | Trans/Dprt | In Quarters | Cleared | Unit Disposition | Total Time |
|---|---|---|---|---|---|---|---|---|---|---|
| 609/Primary | 12:01:17 | 12:01:20 | 12:08:46 | | | | | | | 11:58:42 |
| Responder | Boan, Daniel (609) | | Start Mileage | | | End Mileage | | | Total Milage | |
| Tone/Primary | 12:30:25 | | | | | | | 12:32:03 | | 00:01:38 |
| Responder | Tone, PFD () | | Start Mileage | | | End Mileage | | | Total Milage | |
| 601/Assist | 12:35:20 | | | | | | | | | 11:24:39 |
| Responder | Parker, Malin K (601) | | Start Mileage | | | End Mileage | | | Total Milage | |
| 608/Assist | 12:49:51 | | 13:49:54 | | | | | 13:50:53 | | 00:01:02 |
| Responder | Tibbs, Lesley (608) | | Start Mileage | | | End Mileage | | | Total Milage | |
| 611/Assist | 12:35:22 | | | | | | | | | 11:24:37 |
| Responder | Meeks, David (611) | | Start Mileage | | | End Mileage | | | Total Milage | |
| 612/Assist | 12:09:02 | | 12:09:06 | | | | | | | 11:50:57 |
| Responder | Williamson, Martin (612) | | Start Mileage | | | End Mileage | | | Total Milage | |
| 613/Assist | 13:29:52 | 13:29:55 | | | | | | 14:09:31 | | 00:39:39 |
| Responder | Morrison, Mark (613) | | Start Mileage | | | End Mileage | | | Total Milage | |
| 614/Assist | 13:41:26 | | | | | | | 13:49:56 | | 00:08:30 |
| Responder | McCasland, Chris (614) | | Start Mileage | | | End Mileage | | | Total Milage | |
| 704/Assist | 12:32:08 | 12:32:13 | 12:35:11 | | | | 12:43:45 | 12:43:45 | | 00:11:37 |
| Responder | 704 () | | Start Mileage | | | End Mileage | | | Total Milage | |
| 705/Assist | 12:32:06 | 12:32:13 | 12:35:01 | | | 12:52:50 | | 13:55:00 | | 01:22:54 |
| Responder | 705 () | | Start Mileage | | | End Mileage | | | Total Milage | |
| 801/Assist | 12:32:01 | 12:32:10 | 12:35:14 | | | 12:58:58 | 13:03:45 | 13:03:45 | | 00:31:44 |
| Responder | 801 () | | Start Mileage | 2.10 | | End Mileage | 4.90 | | Total Milage | 2.80 |

**Total Time: 49:35:59**

EXHIBIT 2

Page 1 of 4



# Portales Police Department

## CAD Call Logs

Time Period 01/15/2018 - 01/15/2018

**Call Notes**

**On 01/15/2018 at 11:54 Duff, Megan S logged:**
Call Created

**On 01/15/2018 at 11:54 Duff, Megan S logged:**
1589  cotton wood pl

**On 01/15/2018 at 11:54 Duff, Megan S logged:**
travis mitchell
918-896-9235

**On 01/15/2018 at 11:55 Duff, Megan S logged:**
rp stated he might have heard gunshots
at 7 45
window shattering 0830
flipped with backhoe

**On 01/15/2018 at 11:58 Duff, Megan S logged:**
advised 609

**On 01/15/2018 at 11:58 Duff, Megan S logged:**
rp stating male is actively flipping cars with a backhoe

**On 01/15/2018 at 11:59 Duff, Megan S logged:**
male
white
dark hair
508
green carhart jacket

**On 01/15/2018 at 11:59 Duff, Megan S logged:**
rp stating that male with backhoe is acting threateningly towards the neighbors home

**On 01/15/2018 at 12:03 Duff, Megan S logged:**
rp stating backhoe driving male is pushing the car around again

**On 01/15/2018 at 12:04 Duff, Megan S logged:**
rp stating male on backhoe rampage is in the male front yard

**On 01/15/2018 at 12:05 Duff, Megan S logged:**
rp stating male on backhoe rampage took a sledgehammer to neighbors front door

**On 01/15/2018 at 12:09 Duff, Megan S logged:**
rp stated male is running from SO

**On 01/15/2018 at 12:09 Duff, Megan S logged:**
headed east

**On 01/15/2018 at 12:10 Banther, Shaun logged:**
TAKING OFF ON LOADER HEADED EAST INTO THE FIELD

**On 01/15/2018 at 12:11 Duff, Megan S logged:**
backed up by dairy

**On 01/15/2018 at 12:14 Duff, Megan S logged:**
612 contact caller

**On 01/15/2018 at 12:14 Banther, Shaun logged:**
BACKLODAER IS ON COTTONWOOD PLACE HEADED TOWARDS P

**On 01/15/2018 at 12:18 Banther, Shaun logged:**
SOUTHBOUND ON P **

**On 01/15/2018 at 12:18 Duff, Megan S logged:**
7 / Q



Portales Police Department

# CAD Call Logs

Time Period 01/15/2018 - 01/15/2018

**On 01/15/2018 at 12:19 Banther, Shaun logged:**
THE BACKHOE IS TRAVELING THROUGH FIELDS // UTL FOR NOW

**On 01/15/2018 at 12:21 Duff, Megan S logged:**
s rr 6 arcross from 1669

**On 01/15/2018 at 12:22 Duff, Megan S logged:**
Field behind 1623

**On 01/15/2018 at 12:25 Duff, Megan S logged:**
behind 1626 s rr 6

**On 01/15/2018 at 12:25 Banther, Shaun logged:**
1626 S RR 6 // BEHIND THIS LOCATION // GOING TOWARDS WHEREE HE IS PLOWING THE FENCE

**On 01/15/2018 at 12:26 Duff, Megan S logged:**
 coming up on globe and 6th

**On 01/15/2018 at 12:27 Duff, Megan S logged:**
going back thru field

**On 01/15/2018 at 12:28 Duff, Megan S logged:**
612 requesting valencia scholl put on lockdown

**On 01/15/2018 at 12:29 Banther, Shaun logged:**
18TH AND KILGORE

**On 01/15/2018 at 12:29 Duff, Megan S logged:**
instection of 18th and kilgore

**On 01/15/2018 at 12:30 Banther, Shaun logged:**
ONE DOWN

**On 01/15/2018 at 12:30 Duff, Megan S logged:**
1 dwon shoits fired

**On 01/15/2018 at 12:30 Banther, Shaun logged:**
TONE GIVEN FOR 55 ///

**On 01/15/2018 at 12:31 Banther, Shaun logged:**
18TH AND KILGORE

**On 01/15/2018 at 12:31 Duff, Megan S logged:**
18th and kilgore just east qurter mile 18th and kilgore

**On 01/15/2018 at 12:31 Banther, Shaun logged:**
55 ADVISED CLEAR TO ROLL IN

**On 01/15/2018 at 12:31 Banther, Shaun logged:**
601:// SUBJECT REPORTED DOWN FOR SHOTS FIRED

**On 01/15/2018 at 12:32 Duff, Megan S logged:**
S.B advising 406

**On 01/15/2018 at 12:33 Duff, Megan S logged:**
801 chek status of careflight

**On 01/15/2018 at 12:34 Banther, Shaun logged:**
PD UNITS BACK 10-8

**On 01/15/2018 at 12:34 Duff, Megan S logged:**
careflight advise
decling for icy conditions

**On 01/15/2018 at 12:37 Banther, Shaun logged:**
426:"// PD UNITS OUT AT VALENCIA



# Portales Police Department

## CAD Call Logs

Time Period 01/15/2018 - 01/15/2018

---

**On 01/15/2018 at 12:37 Duff, Megan S logged:**

medic ambulance in route

**On 01/15/2018 at 12:38 Banther, Shaun logged:**

SP ENROUTE OFFICER INVOLVED SHOOTING

**On 01/15/2018 at 12:39 Duff, Megan S logged:**

801 code 3

**On 01/15/2018 at 12:39 Duff, Megan S logged:**

Medic Ambulance is 76

**On 01/15/2018 at 12:40 Duff, Megan S logged:**

37s involved in this call are KP and SB

**On 01/15/2018 at 12:41 Banther, Shaun logged:**

TINA WITH NMSP ALBUQUERQUE CONTACTED TO PUT UNIT ENROUTE  FOR OFFICEER INVOLVED SHOOTING // THEY ADVISED THEY WOULD NOTIFY OF ETA

**On 01/15/2018 at 12:41 Duff, Megan S logged:**

123 163 / 10- 19
Clear Direct

**On 01/15/2018 at 12:45 Banther, Shaun logged:**

801:// 97 EM 4.9

**On 01/15/2018 at 13:19 Banther, Shaun logged:**

2343 10-97 WITH PORTALES

**On 01/15/2018 at 13:25 Banther, Shaun logged:**

608 CONTACTED PER 603// TWO SMALL CHILDREN AND WIFE REPORTED DURING THE 911 CALL TO BE RESIDING AT THE HOUSE ACROSS FROM 1589 COTTONWOOD PLACE //  PER CALLBACK TO CALLER, THE HOUSE WHERE THE BACKHOE AND OVERTURNED WAS LOCATED AT WAS THE GREEN HOUSE DIRECTLY ACROSS FROM THE CALLERS ADDRESS

**On 01/15/2018 at 13:25 Banther, Shaun logged:**

BROWN DODGE PICKUP PARKED OUT FRONT**

**On 01/15/2018 at 13:30 Banther, Shaun logged:**

613 AND 609 :// ENROUTE FOR WELFARE CHECK

**On 01/15/2018 at 13:34 Banther, Shaun logged:**

ORIGINAL 911 CALL HAS CALLER ADVISING OF POSSIBLE GUNSHOTS AND GLASS BREAKING DURING THE EARLY MORNING AROUND 0800

**On 01/15/2018 at 13:38 Banther, Shaun logged:**

609 AND 613:// 10-97  AT LOCATION

**On 01/15/2018 at 13:42 Banther, Shaun logged:**

614 10-8 FROM COTTONWOOD 613 WILL REMAIN ON SCENE

**On 01/15/2018 at 13:48 Banther, Shaun logged:**

608:// NM 036140917

**On 01/15/2018 at 13:51 Banther, Shaun logged:**

608 AND 613:// BACK 10-8

**On 01/15/2018 at 14:13 Duff, Megan S logged:**

609// 106 81
612 same traffic

**Total Calls: 1**

**Overall Total Time: 49:35:59**