

EXHIBIT3





