**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**Before the Honorable Gregory J. Fouratt**
**United States Magistrate Judge**

**Clerk's Minutes**

**CIV 19-1106 MIS/GJF**

*McFarlin v. Board of County Commissioners of the County of Roosevelt*

**Date of Hearing: 2/28/2022**
*(Bonito Courtroom)*

| | |
|---|---|
| **Attorneys for Plaintiff**: | Joseph Kennedy, Shannon Kennedy |
| **Attorney for Defendant**: | Scott Hatcher |
| **Other Individuals**: | Plaintiff James McFarlin, Morissa Miller, Robin Martinez, Velma Herrera, Liliana Rivera |
| *Pre-settlement discussions with counsel*: | *3 hours* |
| **Proceedings**: | Settlement Conference |
| *Start Time*: | 10:00 a.m. |
| *Stop Time*: | 2:30 p.m. |
| **Total Time**: | **7 hours 30 minutes** |
| **Clerk**: | GBG |

**Notes:**

- The case settled. Closing documents due in 30 days.