IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES MCFARLIN

          Plaintiff,

v.                                      No. 2:19-cv-01106 MIS-GJF

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF ROOSEVELT,

          Defendant.

## **STIPULATED ORDER OF DISMISSAL**

THIS MATTER came before the Court upon the stipulation of the parties, evidenced by signature of counsel below, that all issues and claims between them have been resolved and that upon full payment of the settlement, the parties will execute all necessary liability releases. The Court, being fully advised in the premises, finds that this cause should be dismissed with prejudice. It is therefore ORDERED that the above-entitled cause is dismissed with prejudice. The parties shall bear their own court costs and attorneys' fees.

_____
MARGARET STRICKLAND
United States District Judge

SUBMITTED:

**KENNEDY KENNEDY & IVES, PC**

By:   *04/08/2022 approved by email*
        Joseph P. Kennedy, Esq.
        Shannon Kennedy, Esq.
        1000 2nd Street NW
        Albuquerque, NM 87102
        505-244-1400 / F: 505-244-1406
        jpk@civilrightslaw.com
        slk@civilrightslaw.com
        *Attorneys for Plaintiff*

**HATCHER LAW GROUP, P.A.**

By: */s/ Scott P. Hatcher*
Scott P. Hatcher, Esq.
Robert A. Corchine, Esq.
150 Washington Avenue, Suite 204
Santa Fe, NM 87501
505-983-6525
shatcher@hatcherlawgroupnm.com
rcorchine@hatcherlawgroupnm.com
*Attorneys for Defendant*